IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF BENKELMAN, NEBRASKA, A Political Subdivision | ) ) ) | CASE NO. 7:15-CV-5003 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING MOTION FOR WITHDRAWAL OF KEVIN P. WALSH, ESQ. AND KEVIN D. POYNER, ESQ. AS COUNSEL OF RECORD FOR DEFENDANT BASELINE ENGINEERING CORPORATION |
| BASELINE ENGINEERING CORPORATION, A Colorado Corporation, and LAYNE CHRISTENSEN COMPANY, A Delaware Corporation | ) ) ) ) ) | |
| Defendants. | ) | |

This matter, having come before the Court upon Defendant Baseline Engineering Corporation's ("Baseline") Motion for Withdrawal of Kevin P. Walsh, Esq. and Kevin D. Poyner, Esq. as counsel of record for Baseline, and the Court having been duly apprised of the premises, hereby enters the following Order:

1. The Motion is GRANTED.

2. Mr. Walsh and Mr. Poyner are hereby removed as counsel of record for Baseline and will no longer receive notifications in this matter.

February 1, 2018.                    BY THE COURT:

                                     _____
                                     Cheryl R. Zwart
                                     United States Magistrate Judge

10346\0201\5900056.v4
iManage\10283\0207\5902659.v1-2/1/18