IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF BENKELMAN, NEBRASKA, A Political Subdivision, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:15CV5003 |
| v. | ) ) | |
| BASELINE ENGINEERING CORPORATION, A Colorado Corporation, and LAYNE CHRISTENSEN COMPANY, A Delaware Corporation, | ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to the Joint Stipulation for Dismissal With Prejudice (Filing No. 81) between Plaintiff City of Benkelman, Nebraska, and Defendant Baseline Engineering Corporation,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal With Prejudice (Filing No. 81) between Plaintiff City of Benkelman, Nebraska, and Defendant Baseline Engineering Corporation is granted;

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted by Plaintiff City of Benkelman, Nebraska, against Defendant Baseline Engineering Corporation in the above-captioned action are dismissed with prejudice;

3. Defendant Baseline Engineering Corporation is dismissed as a party to this action, and the Clerk of Court shall indicate on the court's electronic docket sheet that such Defendant is terminated as a party to this case;

4. Each party shall be responsible for its own attorneys' fees, costs, and expenses; and

5. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

6. The City of Benkelman's claims against Layne Christensen Company and Christensen's counterclaims against the City remain pending. Therefore, this Judgment does not terminate the case.

DATED this 23rd day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge