IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF BENKELMAN, NEBRASKA, A Political Subdivision;<br><br>Plaintiff,<br><br>vs.<br><br>LAYNE CHRISTENSEN COMPANY, A Delaware Corporation;<br><br>Defendant. | 7:15CV5003<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Any amended answer(s) to the pleadings shall be filed on or before September 7, 2018.

2) As to the remaining parties and claims, a new Rule 26(f) Report shall be filed on or before September 21, 2018.

August 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge