IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF BENKELMAN, NEBRASKA, A Political Subdivision;<br><br>Plaintiff,<br><br>vs.<br><br>LAYNE CHRISTENSEN COMPANY, A Delaware Corporation;<br><br>Defendant. | 7:15CV5003<br><br>**ORDER** |

IT IS ORDERED that the unopposed motion to withdraw filed by Ryan C. Carson, as counsel of record for Plaintiff, (Filing No. 95), is granted.

Dated this 24th day of January, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge